| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | James Christopher Piper |
| Debtor 2 (Spouse, if filing) | Jennifer Lynn Piper |
| United States Bankruptcy Court for the: | Western District of Louisiana |
| Case number | 18-11455 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 17-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 7 7

**Property address:** 814 E WASHINGTON ST
SHREVEPORT LA 71104

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __/__/____ MM/DD/YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 4626.39

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ 4626.39

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 02/01/2022 MM/DD/YYYY

Form 4100R **Response to Notice of Final Cure Payment** page 1

| Debtor 1 | James Christopher Piper | Case number (*if known*) 18-11455 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Herschel C. Adcock, Jr., LBRN 17903      Date 08/01/2022
Signature

Print: Herschel C. Adcock, Jr.      Title: Attorney of Record

Company: The Law Offices of Herschel C. Adcock, Jr., LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 87379
Baton Rouge, LA 70879

Contact phone (225) 756 – 0373      Email: swheat@hca.law

Form 4100R       **Response to Notice of Final Cure Payment**       page **2**

18-11455 - #68  File 08/01/22  Enter 08/01/22 16:19:32  Main Document  Pg 2 of 3

IN RE: JAMES CHRISTOPHER PIPER          CASE NO. 18-11455

      JENNIFER LYNN PIPER

      DEBTORS                                     CHAPTER 13

## CERTIFICATE OF SERVICE

I, Herschel C. Adcock, Jr., do hereby certify that on the 1st day of August, 2022 that I did cause this **Response to Notice of Final Cure Payment** to be delivered to all interested parties of record described below by the following method:

*Placing a copy in the US mail, properly addressed & postage prepaid.*

    **James Christopher Piper**
    **Jennifer Lynn Piper**
    814 E Washington
    Shreveport, LA 71104

*Confirming that the Clerk of Court has transmitted, or by personally transmitting a copy of this pleading by attaching it in PDF format to electronic mail that was sent to the appropriate email address identified by the interested party.*

    **Robert W. Raley**, Attorney for Debtor(s)
    bankruptcy@robertraleylaw.com

    **Todd Johns;** Chapter 13 Trustee
    ecf@shrevech13.com

    **U.S. Trustee;** Office of U. S. Trustee
    USTPRegion05.SH.ECF@usdoj.gov

Baton Rouge, Louisiana, the 1st day of August, 2022.

                                    BY: /S/ HERSCHEL C. ADCOCK, JR.
                                         HERSCHEL C. ADCOCK, JR.